388 P.3d 899

**STATE of Hawai'i, Plaintiff–Appellee,**

v.

**Jesse Carter LAY, Defendant–Appellant**

**NO. CAAP–13–0003817**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
September 20, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT (CR. NO. 09–1–0340)

SUMMARY DISPOSITION ORDER

Dismissed.

388 P.3d 899

**STATE of Hawai'i, Plaintiff–Appellee,**

v.

**George FUKUOKA, Defendant–Appellant**

**NO. CAAP–15–0000461**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
September 20, 2016.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT MOLOKA'I DIVISION (CASE NO. 2DTA–14–01165)

SUMMARY DISPOSITION ORDER

Affirmed.

388 P.3d 899

**Donna DAUM, Petitioner–Appellee,**

v.

**Christopher WEBSTER, Respondent–Appellant**

**NO. CAAP–14–0000791**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
September 29, 2016.

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT (CASE NO. 5SS–14–1–0026)

SUMMARY DISPOSITION ORDER

Affirmed.